PER CURIAM.
Affirmed. Publix Super Markets, Inc. v. Schmidt, 509 So.2d 977 (Fla. 4th DCA 1987); Evens v. Eastern Airlines, 468 So.2d 1111 (Fla. 1st DCA 1985); Gaidymowicz v. Winn Dixie Stores, Inc., 371 So.2d 212 (Fla. 3d DCA 1979); McDaniel v. Great Atlantic & Pacific Tea Co., Inc., 327 So.2d 893 (Fla. 3d DCA 1976); Friedman v. Biscayne Restaurant, Inc., 254 So.2d 831 (Fla. 3d DCA 1971).